IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15CV485

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) Vs. ) ) LONNY S. BERNATH, ) ) Defendant. ) ) | ORDER |

This matter is before the Court upon its own motion. The Plaintiff seeks disgorgement and a civil penalty in this case. The Court will conduct a hearing as to Plaintiff's Motion to Set Disgorgement and a Civil Penalty on Monday, September 19, at 2:00 p.m. in Courtroom 2-2. This case will be removed from the October trial calendar.

IT IS SO ORDERED.

Signed: August 24, 2016

Graham C. Mullen
United States District Judge